UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

        -v-                               Civil Action No. 1312

ALDEN PAPER COMPANY, et al.,

        Defendants;

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

        -v-                               Civil Action No. 3715

NATIONAL ASSOCIATION
OF LEATHER GLOVE
MANUFACTURERS, INC., et al.,

        Defendants;

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

        -v-                               Civil Action No. 3716

THE ASSOCIATION OF
KNITTED GLOVE & MITTEN
MANUFACTURERS, et al.,

        Defendants;

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

   Plaintiff,

  -v-            Civil Action No. 76-CV-170

CARROLS DEVELOPMENT
CORPORATION, et al.,

   Defendants;

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

   Plaintiff,

  -v-            Civil Action No. 83-CV-537

NATIONAL BANK AND
TRUST COMPANY OF
NORWICH, et al.,

   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HON. GRANT C. JAQUITH<br>United States Attorney for the<br> Northern District of New York<br>James T. Foley U.S. Courthouse<br>445 Broadway, Room 218<br>Albany, NY 12207 | THOMAS J. SPINA, JR., ESQ.<br>Ass't United States Attorney |
| UNITED STATES DEPARTMENT<br> OF JUSTICE – ANTITRUST DIVISION<br>26 Federal Plaza, Room 3630<br>New York, NY 10278 | STEVEN TUGANDER, ESQ. |

DAVID N. HURD
United States District Judge

## **ORDER TERMINATING FINAL JUDGMENTS**

Upon receipt of the motion of plaintiff United States of America seeking the termination of the final judgments entered in the above-captioned cases, and after consideration of all of the papers filed in support of the motion, the Court finds that it is appropriate to terminate the final judgments.

Therefore, it is

ORDERED that

The final judgments in the above-captioned cases are TERMINATED.

The Clerk of the Court is directed to enter judgments accordingly and close this file and any associated files.

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 29, 2019
       Utica, New York.